UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-CV-60020-RAR

HOWARD COHAN,

    Plaintiff,

vs.

S 3 HOSPITALITY MIAMI, LLC,
a Florida Limited Liability Company,
d/b/a HOTEL DELLO,

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN, and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, S 3 HOSPITALITY MIAMI, LLC, a Florida Limited Liability Company d/b/a HOTEL DELLO.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Representative, via email at: sunny35@bellsouth.net

    By: **/s/ Gregory S. Sconzo**
    Gregory S. Sconzo, Esq.
    Florida Bar No.: 0105553
    Samantha L. Simpson, Esq.
    Florida Bar No.: 1010423
    Sconzo Law Office, P.A.
    3825 PGA Boulevard, Suite 207
    Palm Beach Gardens, FL 33410
    Telephone: (561) 729-0940
    Facsimile: (561) 491-9459
    Email: greg@sconzolawoffice.com
    Email: samantha@sconzolawoffice.com

                                                Email: alexa@sconzolawoffice.com
                                                Attorney for Plaintiff