UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60020-RAR

**HOWARD COHAN**,

    Plaintiff,

v.

**S 3 HOSPITALITY MIAMI, LLC**, *a Florida Limited Liability Company d/b/a HOTEL DELLO*,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice ("Notice"), [ECF No. 11], filed on March 10, 2023. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 12th day of March, 2023.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**